## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SERGIY GUMENYUK, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | **CAUSE NO. 4:20:cv-00285** |
| | § | |
| MARLOW NAVIGATION COMPANY, | § | |
| LTD, JANS HS SCHIFFAHRTS | § | |
| GMBH and HS SCHIFFAHRTS GMBH | § | |
| & CO KG., | § | |
|     Defendants. | § | |

## INDEX OF MATTERS FILED WITH
## DEFENDANT'S NOTICE OF REMOVAL

Exhibit A    An index of matters being filed with this notice (pursuant to Local Rule 81.5);

Exhibit B    Plaintiff's Original Petition in the state court case (pursuant to Local Rule 81.2);

Exhibit C    The docket sheet in the state court case (pursuant to Local Rule 81.4);

Exhibit D    A list of all counsel of record, including addresses, telephone numbers, and parties represented in the state court case (pursuant to Local Rule 81.6); and

Exhibit E    A copy of the Notice of Removal to Federal Court to be filed with the state court.

**EXHIBIT A**