# 2019-77321

**COURT:** 165th
**FILED DATE:** 10/22/2019
**CASE TYPE:** Other Injury or Damage



### GUMENYUK, SERGIY

Attorney: HERD JR., CHARLES F.

### vs.

### MARLOW NAVIGATION COMPANY LTD

| Docket Sheet Entries ||
|---|---|
| Date | Comment |

**EXHIBIT C**