**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| SERGIY GUMENYUK, § | |
|    Plaintiff, § | |
| § | |
| vs. § | CAUSE NO. 4:20:cv-00285 |
| § | |
| MARLOW NAVIGATION COMPANY, § | |
| LTD, JANS HS SCHIFFAHRTS § | |
| GMBH and HS SCHIFFAHRTS GMBH § | |
| & CO KG., § | |
|    Defendants. § | |

## COUNSEL CONTACT INFORMATION

**Plaintiff:**   Sergiy Gumenyuk

Counsel:   Charles f. Herd, Jr.
Herd Law Firm, PLLC
19500 Tomball Parkway, Suite 250
Houston, Texas 77070
Telephone:   (713) 955-3699
Facsimile:   (281) 462-5180
Charles.herd@herdlawfirm.com

**Defendant:**   Marlow Navigation Company, Ltd.

Counsel:   Michael J. Wray
5151 San Felipe, Suite 400
Houston, Texas 77056
Michael.Wray@hfw.com

**Defendants:**   Jans HS Schiffahrts GMBH and HS Schiffahrts GMBH & Co KG

Counsel:   [none of record]

**EXHIBIT D**