CAUSE NO. 2019-77321

| | | |
|---|---|---|
| **SERGIY GUMENYUK,** | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| **MARLOW NAVIGATION COMPANY,** | § | |
| **LTD, JANS HS SCHIFFAHRTS** | § | |
| **GMBH and HS SCHIFFAHRTS GMBH** | § | |
| **& CO KG.,** | § | |
| Defendants. | § | 165TH DISTRICT COURT |

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Marlow Navigation Company, Ltd. gives notice that the attached Notice of Removal was filed on this day in the above action in the United States District Court for the Southern District of Texas, Houston Division.

        Respectfully submitted,

        **HOLMAN FENWICK WILLAN USA LLP**

        */s/ Michael J. Wray*
        **Michael J. Wray**
        TBN: 24052191
        Michael.Wray@hfw.com
        **Jeanie Tate Goodwin**
        TBA No. 24046949
        jeanie.goodwin@hfw.com
        5151 San Felipe, Suite 400
        Houston, Texas 77056
        Phone: (713) 917-0888
        Fax:   (713) 953-9470
        **ATTORNEY-IN-CHARGE FOR DEFENDANT**
        **MARLOW NAVIGATION COMPANY, LTD.**

**EXHIBIT E**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing document was served via ECF on this 24th day of January 2020:

Charles F. Herd, Jr.
HERD LAW FIRM, PLLC
19500 Tomball Parkway, Suite 250
Houston, Texas 77070

                                              ***/s/ Jeanie Tate Goodwin***
                                              Jeanie Tate Goodwin